IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN RYAN GILLITZER,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS
and PAUL HASENSTAB,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-749-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

_____
Peter Oppeneer, Clerk of Court

_4/7/11_
Date