IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN RYAN GILLITZER,

                                ORDER

        Plaintiff,

                                10-cv-749-bbc

   v.

DEPARTMENT OF CORRECTIONS
and PAUL HASENSTAB,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In this closed case, plaintiff John Gillitzer has filed a letter request to modify or temporarily suspend the current filing fee obligation in this case under 28 U.S.C. § 1915(b)(2). In his letter, plaintiff states that he makes $2 an hour and he asks to have his payments to the court temporarily suspended until his release from prison. However, the statute governing the collection of fees in his case, 28 U.S.C. § 1915(b)(2) does not permit the court to suspend collection of a portion of plaintiff's income. Accordingly, IT IS ORDERED that plaintiff John Gillitzer's request to suspend payment of his filing fees, dkt. #17, is DENIED.

Entered this 12th day of August, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge